# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

JEMEL WATSON,

    Plaintiff,

v.        Case No. 3:19-cv-221-J-32MCR

STATE FARM MUTUAL
AUTOMOBILE INSURANCE
COMPANY,

    Defendant.

## **O R D E R**

This case is before the Court on Plaintiff Jemel Watson's Motion to Remand. (Doc. 9). Defendant State Farm Automobile Insurance Company responded. (Doc. 15). On July 19, 2019, the Court held a hearing on the motion, the record of which is incorporated herein. (Doc. 17).

Accordingly, it is hereby

**ORDERED:**

1. For the reasons stated on the record, Plaintiff's Motion to Remand (Doc. 9) is **DENIED**.

2. The Case Management and Scheduling Order, (Doc. 13), continues to govern the case.

3. No later than August 6, 2019 the parties will either file a consent to having the magistrate judge try the case (attached), or a notice of non-consent.

**DONE AND ORDERED** in Jacksonville, Florida this 19th day of July, 2019.

TIMOTHY J. CORRIGAN
United States District Judge

cm
Copies to:

Counsel of record