# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

JEMEL WATSON,

     Plaintiff,

v.                                                  Case No. 3:19-cv-221-J-32MCR

STATE FARM MUTUAL
AUTOMOBILE INSURANCE
COMPANY,

     Defendant.

_____

# O R D E R

For the reasons stated on the record at the status conference held on November 10, 2020, the record of which is incorporated by reference, Defendant's <u>Daubert</u> Motion to Exclude Certain Testimony and Opinions of Plaintiff's Expert Dr. Richard Boehme (Doc. 40) is **GRANTED** to the extent that Dr. Boehme will not be allowed to testify that a disc protrusion he visualized on Plaintiff's MRI of the cervical spine, taken on August 14th, 2018, which he acknowledged was not contacting the nerve root, protruded out and contacted the C6 nerve root during the first 100 to 110 milliseconds after impact from the June 20, 2018 accident. Dr. Boehme is further prohibited from testifying that still, within that 100-to-110-millisecond event, the disc receded

back into the condition in which it was visualized on the August 14th, 2018 MRI, and nevertheless caused nerve irritation injury.

**DONE AND ORDERED** in Jacksonville, Florida the 13th day of November, 2020.



TIMOTHY J. CORRIGAN
United States District Judge

tnm
Copies:

Counsel of record